BONNEVILLE PORTLAND CEMENT COMPANY, Respondent, *v.* JOHN O'BRIEN et al., Appellants, Impleaded with Others.

*Bonneville Portland Cement Co.* v. *O'Brien,* 117 App. Div. 922, affirmed.
(Submitted March 5, 1908; decided March 31, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 15, 1907, affirming a judgment in favor of plaintiff

entered upon a verdict and an order denying a motion for a new trial in an action to recover upon promissory notes.

*John W. Browne* for appellants.

*Granville Barrere* and *George M. Clarke* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.